Judgment appealed from should be reversed, and a new trial granted, with costs to abide the event. All concur. 39 N. Y. Supp. 1001.

O'CONNELL, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by James O'Connell against John Clark and William Clark. No opinion. The court is without a quorum to decide this motion. It must be resubmitted. See 39 N. Y. Supp. 454.

O'CONNELL, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by James O'Connell against John Clark and another. No opinion. Motion for reargument denied, without costs. See 39 N. Y. Supp. 454.

O'CONNOR, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Martin O'Connor against Charles W. Johnson. No opinion. Order affirmed, with $10 costs and disbursements.

O'HARA, Respondent, v. CHAPMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Hugh O'Hara against Aaron F. Chapman and George W. Storms. No opinion. Judgment and order affirmed, with costs.

OPPENHEIM v. TAMSEN. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Leo Oppenheim against Edward J. H. Tamsen, sheriff. No opinion. Motion denied. See 40 N. Y. Supp. 1146.

O'REILLY v. DALE. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Lawrence J. O'Reilly against John H. Dale. No opinion. Motion denied upon payment of $10 costs.

OSMUN, Respondent, v. TEETER, Appellant. (Supreme Court, Appellate Division, Third Department. September 29, 1896.) Action by Anna Osmun, as administratrix, etc., against Henry J. Teeter. No opinion. Judgment affirmed, with costs. All concur.

OSMUN v. TEETER. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Anna Osmun, as administratrix, etc., against Henry Teeter. No opinion. Application for leave to appeal to the court of appeals denied.

PAGNOD v. McGRATH. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Arthur Pagnod against Eugene J. McGrath. No opinion. Motion granted, with $10 costs.

PENDLETON et al., Respondents, v. BROOKMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Action by Henry M. Pendle-

ton and William W. Ford against Mathias A. Brookman. No opinion. The weight of testimony sustains the defendant's contention that he is a resident of the city of Mt. Vernon. Order reversed and attachment vacated, with $10 costs and disbursements.

PENNY, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Wesley J. Penny, by guardian, against the Rochester Railway Company. No opinion. Motion for a reargument denied, and leave granted to appeal to the court of appeals on the ground that the case involves a question of law which ought to be reviewed by that court. See 40 N. Y. Supp. 172.

PENOYAR et al. v. KELSEY et al. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by William V. Penoyar and another against William E. Kelsey and another. No opinion. Motion for reargument denied; and it is hereby certified that a question has arisen, under section 636 of the Code of Civil Procedure, which provides that an attachment may issue, viz.: "Where, for .the purpose of procuring credit, or the extension of credit, the defendant has made a false statement in writing under his own hand or signature, or under the hand or signature of a duly-authorized agent, made with his knowledge and acquiescence as to his financial responsibility or standing,"—whether an alleged false statement in writing by a debtor which does not come to the knowledge or notice of a creditor until after credit has been given to the debtor is sufficient to authorize the granting of a warrant of attachment under such provision. See 40 N. Y. Supp. 1147.

PEOPLE v. COMMERCIAL ALLIANCE INS. CO. (Supreme Court, Appellate Division, First Department. October .23, 1896.) Proceeding for the dissolution of the Commercial Alliance Insurance Company. No opinion. Motion for leave to go to court of appeals granted, certifying question as amended. Order to be entered as of this date.

PEOPLE v. FREEMAN. (Supreme Court, Appellate Division, First Department. November 13, 1896.) No opinion. Motion granted.

PEOPLE, Respondent, v. MURRAY HILL BANK, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Proceeding for the dissolution of the Murray Hill Bank. No opinion. Motion granted. The order appealed from overruled the defendant's answer as frivolous, and directed that the plaintiff have judgment thereon for the relief demanded in the complaint. Instead of being affirmed absolutely, it must, in accordance with our decision, be modified so as to provide that the plaintiff have judgment only for the dissolution of the corporation, with leave to apply hereafter for the appointment of receivers in case of the entry of an order in the voluntary proceedings now